IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANGEL BUSTOS-AGUIRRE, et al.,**

    **Defendants.**                                          **No. 04-CR-30029-DRH**

### ORDER

**HERNDON, District Judge:**

    Now before the court is a Second Motion to Continue Sentencing filed by Defendant Johnny Johnson (Doc. 210) Mr. Johnson's counsel, Robert H. McNeill, Jr. And Mark B. Albrecht, state that because Mr. Johnson has agreed to cooperate and provide testimony for the government at the trial of Quawntay Adams, he wishes to continue his sentencing , currently on May 11, 2006, until after Mr. Adams' trial – recently continued from March 27, 2006 to June 26, 2006.  Therefore, the Court **GRANTS** Johnson's Second Motion to Continue Sentencing (Doc. 210) and **CONTINUES** the sentencing hearing for defendant Johnson, scheduled for Thursday, May 11, 2006 at 10:00 a.m. to **Friday, September 15, 2006 at 1:30 p.m.**

    **IT IS SO ORDERED.**

    Signed this 7th day of April, 2006.

                                                        /s/      David   RHerndon
                                                   **United States District Judge**