IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANGEL BUSTOS-AGUIRRE, et al.,**

    **Defendants.**                          **No. 04-CR-30029-DRH**

## ORDER

**HERNDON, District Judge:**

    Now before the court is a Third Motion to Continue Sentencing filed by Defendant Johnny W. Johnson (Doc. 239). Mr. Johnson's counsel, Robert H. McNeill, Jr. and Mark B. Albrecht, state that because Mr. Johnson has agreed to cooperate and provide testimony for the government at the trial of Quawntay Adams, he wishes to continue his sentencing, currently on September 15, 2006, until after Mr. Adams' trial – recently further continued from June 26, 2006 to September 11, 2006. Therefore, the Court **GRANTS** Johnson's Third Motion to Continue Sentencing (Doc. 239) and **CONTINUES** the sentencing hearing for defendant Johnson, scheduled for Friday, September 15, 2006 at 1:30 p.m. to **Friday, September 22, 2006, at 9:00 a.m.**

    **IT IS SO ORDERED.**

    Signed this 6th day of July, 2006.

                                                       /s/       David R Herndon
                                              **United States District Judge**