IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL BUSTOS-AGUIRRE, et al.,

    Defendants.                    No. 04-CR-30029-DRH

## ORDER

**HERNDON, District Judge:**

Now before the court is Defendant Johnny Johnson's Fourth Motion to Continue Sentencing (Doc. 268). In light of defendant Johnson's agreement to provide testimony for the government at the trial of Quawntay Adams and the recent continuance of this trial until March 12, 2007, defendant Johnson wishes to continue sentencing until after the conclusion of the Quawntay Adams trial. Therefore, the Court **GRANTS** Johnson's Motion to Continue (Doc. 268). The Court **CONTINUES** the sentencing hearing for defendant Johnny Johnson scheduled for September 22, 2006, to **April 20, 2007 at 9:30 a.m.**

    **IT IS SO ORDERED.**

Signed this 13th day of September, 2006.

                                                         /s/       David  RHerndon
                                                         **United States District Judge**