IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY JOHNSON, et al.,

    Defendants.                             No. 04-CR-30029-DRH

### ORDER

**HERNDON, District Judge:**

    Now before the court is defendant Johnny Johnson's Fifth Motion to Continue Sentencing (Doc. 298). In light of defendant Johnson's agreement to provide testimony for the government at the trial of Quawntay Adams and the most recent continuance of this trial until August 20, 2007, defendant Johnson wishes to continue sentencing until at least thirty (30) days after the conclusion of the Quawntay Adams trial. Therefore, the Court **GRANTS** Johnson's Motion to Continue (Doc. 298). The Court **CONTINUES** the sentencing hearing for defendant Johnny Johnson scheduled for April 20, 2007 to **Friday**, **October 26, 2007 at 9:30 a.m.**

    **IT IS SO ORDERED.**

    Signed this 20th day of March, 2007.

                                                  /s/         David  RHerndon
                                                  **United States District Judge**