IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JOHNNY JOHNSON, et al.,**

    **Defendants.**                                          Case No. 04-cr-30029-DRH

## ORDER

**HERNDON, Chief Judge:**

      Now before the court is defendant Johnny Johnson's seventh Motion to Continue Sentencing (Doc. 328). In light of defendant Johnson's agreement to cooperate with the government in the prosecution of Quawntay Adams, who now has a plea/sentencing date set for January 31, 2008, defendant Johnson wishes to continue sentencing until at least thirty (30) days thereafter. Therefore, the Court **GRANTS** Johnson's Motion to Continue (Doc. 328), Accordingly, the Court **CONTINUES** the sentencing hearing for defendant Johnny Johnson scheduled for January 18, 2008 to March 28, 2008 at 1:30 p.m.

      **IT IS SO ORDERED.**

      Signed this 11th day of January, 2008.

                                          /s/     David R Herndon
                                          **Chief Judge**
                                          **United States District Court**