IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JOHNNY JOHNSON, et al.,**

    **Defendants.**                               Case No. 04-cr-30029-DRH

## ORDER

**HERNDON, Chief Judge:**

    Now before the court is defendant Johnny Johnson's most recent Motion to Continue Sentencing (Doc. 360). As with prior continuances of his sentencing hearing, because of defendant Johnson's agreement to cooperate with the government in the prosecution of Quawntay Adams, who now has a jury trial date set for July 14, 2008, defendant Johnson wishes to continue sentencing until at least thirty (30) days thereafter. Therefore, the Court **GRANTS** Johnson's Motion to Continue (Doc. 360), Accordingly, the Court **CONTINUES** the sentencing hearing for defendant Johnny Johnson scheduled for March 28, 2008 to **September 5, 2008 at 9:30 a.m.**

    **IT IS SO ORDERED.**

    Signed this 7th day of March, 2008.

                                   /s/      David R Herndon
                                   **Chief Judge**
                                   **United States District Court**